1  ROBERT E. LOWENSTEIN, JR. (SBN 064346)
   JANNA K. LOWENSTEIN (SBN 225371)
2  Robert E. Lowenstein, Jr., A Professional Corporation
       15315 Magnolia Blvd., Suite 402
3      Sherman Oaks, CA 91403
       Tel:  (818) 905 6611
4      Fax:  (818) 789 1375
       Email: lowensteinlaw@prodigy.net
5      Email: jklowenstein@yahoo.com

6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DIANE MEDINA VASQUEZ | CASE NO. CV 09-1629 FMO |
|---|---|
| Plaintiff, | ORDER AWARDING ATTORNEYS FEES UNDER EAJA |
| vs. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | _____ |
| Defendant | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA, and good cause appearing therefor

IT IS HEREBY ORDERED that counsel as assignee of plaintiff be awarded attorneys fees under EAJA in the amount of $2350.00.

Dated:  11/9/09

                                               /s/
                                 FERNANDO M. OLGUIN
                                 U.S. Magistrate Judge